IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PETER N. LEWIS, #23305**                                                        **PLAINTIFF**

v.                                           **CAUSE NO. 1:17-cv-313-LG-RHW**

**DONALD J. RAFFERTY**                                                 **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court sua sponte for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date, it is hereby,

**ORDERED AND ADJUDGED** that Plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(ii). This dismissal will count as a "strike" under the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** so that he may pursue them in state court.

**SO ORDERED AND ADJUDGED** this the 9th day of May, 2018.

                                         s/ *Louis Guirola, Jr.*
                                         LOUIS GUIROLA, JR.
                                         UNITED STATES DISTRICT JUDGE